1 | LAURENCE F. PADWAY (State Bar No. 089314)
LAW OFFICES OF LAURENCE F. PADWAY
2 | 1516 Oak Street, Suite 109
Alameda, CA 94501
3 | Telephone:    (510) 814-0680
Facsimile:    (510) 814-0650
4 |
Attorneys for Plaintiff,
5 | PATRICIA WHITE
6 | ADRIENNE C. PUBLICOVER (State Bar No. 161432)
DENNIS J. RHODES (State Bar No. 168417)
7 | WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
8 | 525 Market Street, 17th Floor
San Francisco, California 94105-2725
9 | Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370
10 |
Attorneys for Defendants,
11 | THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA and THE COBLENTZ, PATCH,
12 | DUFFY AND BASS, LLP LONG TERM DISABILITY
INSURANCE PLAN
13 |

14 |
UNITED STATES DISTRICT COURT
15 |
NORTHERN DISTRICT OF CALIFORNIA
16 |

17 | PATRICIA WHITE,                                ) Case No.: C05-3767 MJJ
                                                   )
18 |             Plaintiff,                         )
                                                   )
19 |     vs.                                        ) **STIPULATION TO EXTEND DATES SET**
                                                   ) **FORTH IN THE COURT'S FINDINGS OF**
20 | COBLENTZ, PATCH, DUFFY AND BASS,               ) **FACTS AND CONCLUSIONS OF LAW**
LLP LONG TERM DISABILITY                           ) **DATED MAY 18, 2007 (DOCUMENT 63)**
21 | INSURANCE PLAN,                                )
                                                   ) [L.R. 6-2 and 7-12]
22 |             Defendant.                         )
                                                   )
23 |                                                )
                                                   )
24 | _____        )
                                                   )
25 | THE PRUDENTIAL INSURANCE                       )
COMPANY OF AMERICA,                                )
26 |                                                )
                                                   )
27 |          Real Party In Interest.               )
     _____        )
28 |

1
STIPULATION TO EXTEND DATES SET FORTH IN THE COURT'S FINDINGS OF FACTS AND CONCLUSIONS OF
LAW DATED MAY 18, 2007 (DOCUMENT 63)

283420.1

1  **IT IS HEREBY STIPULATED**, by and between the parties to this action, through their

2  attorneys of record, pursuant to Local Rules 6-2 and 7.12, as follows:

3  1.  The Court's Findings of Fact and Conclusions of Law dated May 18, 2007 ("May

4  18, 2007 Order") sets the following schedule:

5  a.  That Friday, June 1, 2007, is the last day to meet and confer on Plaintiff's

6  request for a specific award of past benefits, prejudgment interest, and attorneys' fees and costs, as

7  well as to file a stipulated agreement on the amount of payments owed; and

8  b.  If no agreement is reached and filed by Friday, June 1, 2007, Plaintiff may

9  file a brief and Defendants may file an opposition no later than ten days after Plaintiff files her

10  brief.

11  2.  A pre-scheduled vacation of Defendants' counsel, Dennis J. Rhodes, conflicts with

12  the above-mentioned meet and confer and briefing schedule.

13  3.  To address this scheduling conflict, the parties hereby stipulate and agree to extend

14  the meet and confer and briefing dates by one week, as follows:

15  a.  That Friday, June 8, 2007, shall be the last day to meet and confer on

16  Plaintiff's request for a specific award of past benefits, prejudgment interest, and attorneys' fees

17  and costs, as well as to file a stipulated agreement on the amount of payments owed; and

18  b.  If no agreement is reached and filed by Friday, June 8, 2007, Plaintiff may

19  file a brief and Defendants may file an opposition no later than ten days after Plaintiff files her

20  brief.

21  4.  No other extensions have been sought or given with respect to the dates set in the

22  Court's May 18, 2007 Order.

23  **IT IS SO STIPULATED.**

24  Dated: June 1, 2007          LAW OFFICES OF LAURENCE F. PADWAY

25

26

27  By:  _/s/ Laurence F. Padway_
     Laurence F. Padway, Esq.
     Attorneys for Plaintiff,
28   PATRICIA WHITE

2

STIPULATION TO EXTEND DATES SET FORTH IN THE COURT'S FINDINGS OF FACTS AND CONCLUSIONS 0F
LAW DATED MAY 18, 2007 (DOCUMENT 63)

283420.1

1    Dated:  June 1, 2007              WILSON, ELSER, MOSKOWITZ,
2                                           EDELMAN & DICKER LLP
3
4                                      By:  /s/ Dennis J. Rhodes
                                            Adrienne C. Publicover, Esq.
5                                           Dennis J. Rhodes, Esq.
                                            Attorneys for Defendants THE PRUDENTIAL INSURANCE
6                                           COMPANY OF AMERICA and THE COBLENTZ, PATCH,
                                            DUFFY AND BASS, LLP LONG TERM DISABILITY
7                                           INSURANCE PLAN
8
9
10   PURSUANT TO STIPULATION, IT IS SO ORDERED.
11
12   Dated: ___6/11/07_____        _____
13                                       UNITED STATES DISTRICT COURT JUDGE

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION TO EXTEND DATES SET FORTH IN THE COURT'S FINDINGS OF FACTS AND CONCLUSIONS OF
LAW DATED MAY 18, 2007 (DOCUMENT 63)**
283420.1

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following documents:

**STIPULATION TO EXTEND DATES SET FORTH IN THE COURT'S FINDINGS OF FACTS AND CONCLUSIONS OF LAW DATED MAY 18, 2007 (DOCUMENT 63)**

on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

 xx     : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP 5(e). Not currently authorized in N.D.CA.)

_____: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

Laurence F. Padway, Esq.
Karen K. Wind, Esq.
Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
Fax:     (510) 814-0650
Tel:      (510) 814-0680

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED this **June 1, 2007**, at San Francisco, California.

_____
Joya Yeung

**STIPULATION TO EXTEND DATES SET FORTH IN THE COURT'S FINDINGS OF FACTS AND CONCLUSIONS OF LAW DATED MAY 18, 2007 (DOCUMENT 63)**

283420.1