Laurence F. Padway (SBN: 089314)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

Attorneys for Plaintiff,
PATRICIA WHITE


ADRIENNE C. PUBLICOVER (SBN 161432)
DENNIS J. RHODES (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendant,
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA and THE COBLENTZ, PATCH
DUFFY AND BASS, LLP LONG TERM DISABILITY
INSURANCE PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WHITE,<br><br>         Plaintiff,<br><br>   vs.<br><br>COBLENTZ, PATCH, DUFFY<br>AND BASS, LLP LONG TERM<br>DISABILITY INSURANCE PLAN,<br><br>         Defendant.<br>_____/<br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>         Real Party In Interest.<br>_____/ | No. C05-03767 MJJ<br><br>STIPULATION TO EXTEND DATES SET FORTH IN THE COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW DATED MAY 18, 2007 (DOCUMENT 63) AND ~~(PROPOSED)~~ ORDER<br><br><br><br>Honorable Martin J. Jenkins |

Stipulation to Extend Dates
Set Forth in the                                                                                                         C 05-03767

**IT IS HEREBY STIPULATED**, by and between the parties to this action, through their attorneys of record, pursuant to Local Rules 6-2 and 7.12, as follows:

1. After meeting and conferring pursuant to the court's order an agreement has been reached in regards to the specific award of past benefits and prejudgment interest.

2. The parties have not reached an agreement on the issue of attorneys fees.

3. Therefore, the parties hereby stipulate to the following briefing schedule:

   a. That plaintiff shall file his motion addressing whether an award of attorney's fees is appropriate no later than July 19, 2007; and

   b. Plaintiff may file a brief not exceeding three pages in length; and

   c. Prudential may file an Opposition, not exceeding three pages, no later than ten days after Plaintiff files her brief.

4. An extension was granted on June 11, 2007 to extend the deadline for the parties to meet and confer.

Dated:  June 20, 2007                LAW OFFICES OF LAURENCE F. PADWAY


                                     By: /s/ Laurence F. Padway_____
                                         Laurence F. Padway, Esq.
                                         Attorneys for Plaintiff,
                                         PATRICIA WHITE

Stipulation to Extend Dates
Set Forth in the                                                     C 05-03767

1 | Dated: June 20, 2007

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

By: _____
Adrienne C. Publicover, Esq.
Dennis J. Rhodes, Esq.
Attorneys for Defendants, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and THE COBLENTZ, PATCH DUFFY AND BASS, LLP LONG TERM DISABILITY INSURANCE PLAN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/28/07

_____
United States District Court Judge

Stipulation to Extend Dates
Set Forth in the

C 05-03767