Laurence F. Padway (SBN: 089314)
Karen K. Wind (SBN: 124852)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

Attorneys for Plaintiff,
PATRICIA WHITE


ADRIENNE C. PUBLICOVER (SBN 161432)
DENNIS J. RHODES (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendant,
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA and THE COBLENTZ, PATCH
DUFFY AND BASS, LLP LONG TERM DISABILITY
INSURANCE PLAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WHITE,<br><br>               Plaintiff,<br>     vs.<br><br>COBLENTZ, PATCH, DUFFY<br>AND BASS, LLP LONG TERM<br>DISABILITY INSURANCE PLAN,<br><br>               Defendant.<br>_____/<br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>               Real Party In Interest.<br>_____/ | No.  C05-03767 MJJ<br><br>STIPULATION REGARDING<br>PAST BENEFITS AND<br>PREJUDGMENT INTEREST<br>AND (PROPOSED) ORDER<br><br>Honorable Martin J. Jenkins |

1  **IT IS HEREBY STIPULATED**, by and between the parties to this action, through their
2  attorneys of record, pursuant to Local Rule 7-12, as follows:

3

4  1. The parties have reached an agreement regarding the amounts of past disability benefits
5  and prejudgment interest due Plaintiff under the Court's Findings of Fact and Conclusions of Law
6  filed May 18, 2007.

7

8  2. Pursuant to the parties' agreement, Plaintiff is entitled to $18,216.33 from The Prudential
9  Insurance Company of America as the total gross amount, before taxes, of past benefits due her for
10  the period May 1, 2004, through March 2, 2005.

11

12  3. The parties have also agreed that Plaintiff is entitled to prejudgment interest from The
13  Prudential Insurance Company of America in the total amount of $3,678.71.

14

15  **NOW, THEREFORE,** the parties respectfully request that this Court enter an Order
16  approving past benefits and prejudgment interest to Plaintiff in the total amounts so stipulated.

17

18  Dated: July 26, 2007                    LAW OFFICES OF LAURENCE F. PADWAY

19

20                                          By:     /s/ Karen K. Wind
                                                 Laurence F. Padway, Esq.
21                                               Karen K. Wind, Esq.
                                                 Attorneys for Plaintiff,
22                                               PATRICIA WHITE

23  //
24  //
25  //
26  //
27  //
28  //

| | | |
|---|---|---|
| 1 | Dated: July 26, 2007 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _/s/ Dennis J. Rhodes_ |
| | | Adrienne C. Publicover, Esq. |
| 5 | | Dennis J. Rhodes, Esq. |
| | | Attorneys for Defendants, THE PRUDENTIAL |
| 6 | | INSURANCE COMPANY OF AMERICA and |
| | | THE COBLENTZ, PATCH DUFFY AND BASS, |
| 7 | | LLP LONG TERM DISABILITY INSURANCE |
| | | PLAN |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/02/07

United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Martin J. Jenkins]*