1    LAURENCE F. PADWAY (State Bar No. 089314)
      LAW OFFICES OF LAURENCE F. PADWAY
2    1516 Oak Street, Suite 109
      Alameda, California 94501
3    Telephone: (510) 814-0680
      Facsimile: (510) 814-0650
4

Attorneys for Plaintiff
5    PATRICIA WHITE

6    ADRIENNE C. PUBLICOVER (State Bar No. 161432)
      DENNIS J. RHODES (State Bar No. 168417)
7    WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
8    525 Market Street, 17th Floor
      San Francisco, California 94105-2725
9    Telephone: (415) 433-0990
      Facsimile: (415) 434-1370
10

Attorneys for Defendants
11    THE PRUDENTIAL INSURANCE COMPANY
       OF AMERICA and THE COBLENTZ, PATCH,
12    DUFFY AND BASS, LLP LONG TERM DISABILITY
      INSURANCE PLAN

13

14                      UNITED STATES DISTRICT COURT

15                      NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17   PATRICIA WHITE, | ) Case No.: CV05-03767 MJJ |
| 18          Plaintiff, | ) |
| 19    vs. | ) ***AMENDED* STIPULATION FOR AN ORDER TO EXTEND THE TIME FOR COUNSEL TO MEET AND CONFER AND** |
| 20   COBLENTZ, PATCH, DUFFY AND BASS, LLP LONG TERM DISABILITY | ) **FOR THE PARTIES TO SUBMIT WRITTEN RESPONSES REGARDING** |
| 21   INSURANCE PLAN, | ) **ATTORNEYS FEES AND COSTS** |
| 22         Defendant. | ) [L.R. 6-2 and 7-12] |
| 23 | ) AND ORDER |
| 24   THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) |
| 25        Real Party In Interest. | ) |

26

27

28                                        ***AMENDED***
**STIPULATION FOR AN ORDER TO EXTEND THE TIME FOR COUNSEL TO MEET AND CONFER AND FOR THE PARTIES TO SUBMIT WRITTEN RESPONSES REGARDING ATTORNEYS FEES AND COSTS**
USDC NDCA Case #CV05-03767 MJJ
326890.1

IT IS HEREBY STIPULATED, by and between the parties to this action, through their attorneys of record, pursuant to Local Rules 6-2 and 7.12, as follows:

## BACKGROUND

1. The Court's Order Granting Plaintiff's Request for Attorneys Fees and Costs ("the Order"), awards plaintiff her attorneys fees and costs in this ERISA action. The Order was signed by the Court on February 4, 2008 and entered on February 5, 2008, and provided 30 days from the date the Ordered was entered for counsel to meet and confer, and to submit a stipulation on the amount of fees and costs. If the parties were not to agree on the amount of fees, each party was to submit a letter to the court advising of their positions. The parties' stipulation or individual letters would therefore be due on March 6, 2008.

2. The parties require additional time to attempt resolution of the matter

## STIPULATION

THE PARTIES HEREBY STIPULATE THAT:

    a. The time for the parties to meet and confer on the amount of attorneys fees is extended one week, from March 6, 2008 to March 13, 2008;

    b. If the parties agree on an amount of fees, the parties shall file a stipulation to that effect by March 13, 2008;

    c. Should the parties not agree upon the amount of fees, each party shall

---

*AMENDED*
STIPULATION FOR AN ORDER TO EXTEND THE TIME FOR COUNSEL TO MEET AND CONFER AND FOR THE PARTIES TO SUBMIT WRITTEN RESPONSES REGARDING ATTORNEYS FEES AND COSTS
USDC NDCA Case #CV05-03767 MJJ
326890.1

submit a letter to the Court in accordance with the terms of the Order, not exceeding five (5) pages. Said letter is to be submitted by March 13, 2008.

**IT IS SO STIPULATED.**

Dated: March 4, 2008      LAW OFFICES OF LAURENCE F. PADWAY

By: _/s/ Laurence F. Padway_
Laurence F. Padway, Esq.
Attorneys for Plaintiff,
PATRICIA WHITE

Dated: March 4, 2008      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _/s/ Dennis J. Rhodes_
Adrienne C. Publicover, Esq.
Dennis J. Rhodes, Esq.
Attorneys for Defendants THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and THE COBLENTZ, PATCH, DUFFY AND BASS, LLP LONG TERM DISABILITY INSURANCE PLAN

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/7/2008      By: _[signature]_
Honorable Martin J. Jenkins
UNITED STATES DISTRICT COURT JUDGE