1   LAURENCE F. PADWAY (State Bar No. 089314)
    Email:  Lpadway@padway.com
2   LAW OFFICES OF LAURENCE F. PADWAY
    1516 Oak Street, Suite 109
3   Alameda, California  94501
    Tel: (510) 814-0680 / Fax: (510) 814-0650
4
    KAREN K. WIND (State Bar No. 124852)
5   Email:  kwindatty@flash.net
    4998 Dolores Drive
6   Pleasanton, CA  94566
    Tel: (925) 846-2702
7
    Attorneys for Plaintiff
8   PATRICIA WHITE

9
    ADRIENNE C. PUBLICOVER (State Bar No. 161432)
10  DENNIS J. RHODES (State Bar No. 168417)
    WILSON, ELSER, MOSKOWITZ,
11      EDELMAN & DICKER LLP
    525 Market Street, 17th Floor
12  San Francisco, California  94105-2725
    Tel: (415) 433-0990 / Fax: (415) 434-1370
13
    Attorneys for Defendants
14  THE PRUDENTIAL INSURANCE COMPANY
    OF AMERICA and THE COBLENTZ, PATCH,
15  DUFFY AND BASS, LLP LONG TERM DISABILITY
    INSURANCE PLAN
16

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19  PATRICIA WHITE,                    )  Case No.:    CV05-03767 MJJ
                                       )
20              Plaintiff,             )  ***SECOND* STIPULATION FOR AN ORDER**
                                       )  **TO EXTEND THE TIME FOR COUNSEL**
21      vs.                            )  **TO MEET AND CONFER AND FOR THE**
                                       )  **PARTIES TO SUBMIT WRITTEN**
22  COBLENTZ, PATCH, DUFFY AND BASS,   )  **RESPONSES REGARDING ATTORNEYS**
    LLP LONG TERM DISABILITY           )  **FEES AND COSTS**
23  INSURANCE PLAN,                    )
                                       )  [L.R. 6-2 and 7-12]
24              Defendant.             )
    _____   )      AND ORDER
25                                     )
    THE PRUDENTIAL INSURANCE           )
26  COMPANY OF AMERICA,                )
                                       )
27              Real Party In Interest. )
    _____   )
28
                              *SECOND*
    STIPULATION FOR AN ORDER TO EXTEND THE TIME FOR COUNSEL TO MEET AND CONFER AND FOR THE PARTIES TO
              SUBMIT WRITTEN RESPONSES REGARDING ATTORNEYS FEES AND COSTS
    USDC NDCA Case #CV05-03767 MJJ
    328168.1

1    **IT IS HEREBY STIPULATED**, by and between the parties to this action, through their

2    attorneys of record, pursuant to Local Rules 6-2 and 7.12, as follows:

3    <u>**BACKGROUND**</u>

4    1.    The Court's Order Granting Plaintiff's Request for Attorneys Fees and Costs ("the

5    Order"), awards plaintiff her attorneys fees and costs in this ERISA action.  The Order was signed

6    by the Court on February 4, 2008 and entered on February 5, 2008, and provided 30 days from the

7    date the Ordered was entered for counsel to meet and confer, and to submit a stipulation on the

8    amount of fees and costs.  If the parties were not to agree on the amount of fees, each party was to

9    submit a letter to the court advising of their positions.  The parties' stipulation or individual letters

10   would therefore be due on March 6, 2008.

11   2.    The parties submitted a stipulation on March 6, 2008 agreeing to submit papers on

12   March 13, 2008.  Because the parties are continuing to try to resolve the fee issue and require

13   additional time to do so, they stipulate as follows:

14

15   <u>**STIPULATION**</u>

16

17   THE PARTIES HEREBY STIPULATE THAT:

18        a.   The time for the parties to meet and confer on the amount of attorneys fees is

19             extended four days, from March 13, 2008 to March 17, 2008;

20        b.   If the parties agree on an amount of fees, the parties shall file a stipulation to

21             that effect by March 17, 2008;

22        c.   Should the parties not agree upon the amount of fees, each party shall

23

24

25

26

27

28

---

1
*SECOND*
**STIPULATION FOR AN ORDER TO EXTEND THE TIME FOR COUNSEL TO MEET AND CONFER AND**
**FOR THE PARTIES TO SUBMIT WRITTEN RESPONSES REGARDING ATTORNEYS FEES AND COSTS**
USDC NDCA Case #CV05-03767 MJJ
328168.1

1    submit a letter to the Court in accordance with the terms of the Order, not exceeding

2    five (5) pages.  Said letter is to be submitted by March 17, 2008.

3

4  **IT IS SO STIPULATED.**

5

6  Dated: March 13, 2008                    LAW OFFICES OF LAURENCE F. PADWAY

7

8                                By:_____/s/ *Laurence F. Padway*_____
                                     Laurence F. Padway, Esq.
9                                    Attorneys for Plaintiff,
                                     PATRICIA WHITE
10

11
   Dated:  March 13, 2008                   WILSON, ELSER, MOSKOWITZ,
12                                           EDELMAN & DICKER LLP

13

14                               By:_____/s/ *Dennis J. Rhodes*_____
                                     Adrienne C. Publicover, Esq.
15                                   Dennis J. Rhodes, Esq.
                                     Attorneys for Defendants THE PRUDENTIAL INSURANCE
16                                   COMPANY OF AMERICA and THE COBLENTZ, PATCH,
                                     DUFFY AND BASS, LLP LONG TERM DISABILITY
17                                   INSURANCE PLAN

18

19                                   **<u>ORDER</u>**

20        PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22  Dated:____3/19/2008____       By:_____
                                     Honorable Martin J. Jenkins
23                                   UNITED STATES DISTRICT COURT JUDGE

24

25

26

27

28

---

2
*SECOND*
**STIPULATION FOR AN ORDER TO EXTEND THE TIME FOR COUNSEL TO MEET AND CONFER AND
FOR THE PARTIES TO SUBMIT WRITTEN RESPONSES REGARDING ATTORNEYS FEES AND COSTS**
USDC NDCA Case #CV05-03767 MJJ
328168.1