1  Laurence F. Padway (SBN: 089314)
   Karen K. Wind (SBN: 124852)
2  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
3  Alameda, California 94501
   Telephone:   (510) 814-6100
4  Facsimile:   (510) 814-0650

5  Attorneys for Plaintiff,
   PATRICIA WHITE
6

7  ADRIENNE C. PUBLICOVER (SBN: 161432)
   DENNIS J. RHODES (SBN: 168417)
8  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
9  525 Market Street, 17th Floor
   San Francisco, California 94105
10 Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
11

12 Attorneys for Defendant,
   THE PRUDENTIAL INSURANCE COMPANY
13 OF AMERICA and THE COBLENTZ, PATCH
   DUFFY AND BASS, LLP LONG TERM DISABILITY
14 INSURANCE PLAN

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

18 PATRICIA WHITE,                            No. C05-03767 MJJ

19                                            STIPULATION REGARDING
                                              PLAINTIFF'S ATTORNEYS'
20           Plaintiff,                       FEES AND COSTS
       vs.                                    AND (PROPOSED) ORDER
21
   COBLENTZ, PATCH, DUFFY                     Honorable Martin J. Jenkins
22 AND BASS, LLP LONG TERM
   DISABILITY INSURANCE PLAN,
23
             Defendant.
24 _____/

25 THE PRUDENTIAL INSURANCE
   COMPANY OF AMERICA,
26
             Real Party In Interest.
27 _____/

28

Stipulation Re: Plaintiff's
Attorney's Fees and Costs          Page 1 of 3                C 05-03767 MJJ

1   **WHEREAS,** by its Order filed February 4, 2008, this Court granted Plaintiff's
2   request for an award of attorneys' fees and costs incurred in connection with Plaintiff's action to
3   recover benefits from The Prudential Insurance Company of America ("The Prudential") under the
4   "own occupation" standard of group disability insurance policy No. 63978 (the "Policy").
5
6   **WHEREAS,** the Court directed the parties to submit a stipulated agreement regarding
7   Plaintiff's attorneys' fees and costs.
8
9   **IT IS HEREBY STIPULATED**, by and between the parties to this action, through
10  their attorneys of record, pursuant to Local Rule 7-12, as follows:
11
12  1. The parties have reached an agreement regarding the amount of Plaintiff's
13  attorneys' fees and costs to be paid by The Prudential pursuant to the Court's Order filed February 4,
14  2008.
15
16  2. Pursuant to the parties' agreement, The Prudential shall pay Plaintiff's attorneys'
17  fees and costs in the total amount of $120,000.00, payment to be made directly to the Law Offices of
18  Laurence F. Padway on or before March 25, 2008.
19
20  3. The aforesaid payment by The Prudential of Plaintiff's attorneys' fees and costs
21  shall constitute final resolution of Plaintiff's action before this Court regarding her claim for benefits
22  under the "own occupation" standard of the Policy.
23  //
24  //
25  //
26  //
27  //
28  //

**NOW, THEREFORE,** the parties respectfully request that this Court enter an Order approving the payment by The Prudential of Plaintiff's attorneys' fees and costs in the total amount so stipulated.

Dated: March 20, 2008				LAW OFFICES OF LAURENCE F. PADWAY

						By: /s/ Karen K. Wind
						    Laurence F. Padway, Esq.
						    Karen K. Wind, Esq.
						    Attorneys for Plaintiff,
						    PATRICIA WHITE

Dated: March 20, 2008				WILSON, ELSER, MOSKOWITZ,
						EDELMAN & DICKER, LLP

						By: /s/ Dennis J. Rhodes
						    Adrienne C. Publicover, Esq.
						    Dennis J. Rhodes, Esq.
						    Attorneys for Defendants, THE PRUDENTIAL
						     INSURANCE COMPANY OF AMERICA and
						     THE COBLENTZ, PATCH DUFFY AND BASS,
						     LLP LONG TERM DISABILITY INSURANCE
						     PLAN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/21/2008				_____
						United States District Court Judge